# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

## CASE NO. 3: 97-cr-338

UNITED STATES OF AMERICA

    V.

TICO JERMAINE BYNUM, ET AL

<u>ORDER</u>

**THIS MATTER** is before the Clerk due to his fiduciary duty to disperse restitution payments in accordance with the Judgments of this court.
On April 22, 1999, the "Judgement" of this court [Doc .73] directed that restitution of $1,300.00 be paid to S&L Maintenance Products.

By letter dated March 12, 2020, Samuel B. Lane, owner of S&L Maintenance Products advised the Clerk that the business was closed and requested that future payments be made to him as the owner of the business. The Clerk has examined the documentation presented by Mr. Lane and concludes that he was in fact the owner of S&L Maintenance Products.

Accordingly, the Clerk's Financial Department is ORDERED to remit all further restitution payments in this case previously directed to be paid to S&L Maintenance Products be made payable to Samuel Byer Lane at the address he requests.

**So ORDERED, this 3rd day of April 2020. This "Order" is to be served on the Financial Division of this court.**

*Frank G. Johns, Clerk*

*[signature]*